AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00579

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* US FERTILITY, LLC
was received by me on *(date)* 02/03/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CASEY PINEDA (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* US FERTILITY, LLC C/O INCORPORATING SERVICES, LTD., 3500 S. DUPONT HIGHWAY, DOVER, DE 19901 on *(date)* 02/03/2021 AT 2:15 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/03/2021

*Server's signature*

GRANVILLE MORRIS     PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED WITH SUMMONS; FIRST AMENDED COMPLAINT WITH EXHIBIT A; FIRST AMENDED "DAMASCO" MOTION FOR CLASS CERTIFICATION

SWORN TO ME ON 02/03/2021

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2022

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JANE DOE, individually and as the representative of a class of similarly-situated persons,

V.

US FERTILITY, LLC and
FERTILITY CENTERS OF ILLINOIS, S.C.

CASE NUMBER: 1:21-cv-00579

ASSIGNED JUDGE: Hon. Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

**TO:** (Name and address of Defendant)

US FERTILITY, LLC
c/o Incorporating Services, Ltd.
3500 S. Dupont Hwy
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



February 3, 2021

DATE