**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, individually and as the representative of a class of similarly situated persons,<br><br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>US FERTILITY, LLC, a Delaware limited liability company, and FERTILITY CENTERS OF ILLINOIS, S.C., an Illinois corporation<br><br>　　　　　　　　Defendant. | Civil Action No. 1:21-cv-00579<br><br>Judge Gary S. Feinerman |

## **CORPORATE DISCLOSURE STATEMENT**

Defendants US Fertility, LLC, and Fertility Centers of Illinois, S.C. by and through their undersigned counsel, submit this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2.

1.　US Fertility, LLC is a limited liability company. US Fertility, LLC has no publicly-held affiliates.

2.　Fertility Centers of Illinois, S.C., is a corporation under the laws of the State of Illinois. Fertility Centers of Illinois, S.C. has no publicly-held affiliates.

　　　　　　　　　　　　　　　　　　By: */s/ Quinn P. Donnelly*
　　　　　　　　　　　　　　　　　　*Counsel for US Fertility, LLC, and Fertility*
　　　　　　　　　　　　　　　　　　*Centers of Illinois, S.C.*

Quinn P. Donnelly
Attorney ID No. 6319127
PRETZEL & STOUFFER, CHARTERED
Attorney for Defendants
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312-578-7423
312-346-8242 Fax
Email: qdonnelly@pretzel-stouffer.com

# CERTIFICATE OF SERVICE

I, Quinn P. Donnelly, state that I filed a true and correct copy of Defendants US Fertility, LLC, and Fertility Centers of Illinois, S.C.'s Corporate Disclosure Statement via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

By: /s/ Quinn P. Donnelly
Quinn P. Donnelly
Illinois Bar No. 6319127
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673
Tel: (312) 578-7423
qdonnelly@pretzel-stouffer.com

*Counsel for US Fertility, LLC, and Fertility Centers of Illinois, S.C.*

Date: March __, 2021