IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*Eastern Division*

| | |
|---|---|
| Jane Doe,<br><br>   *Plaintiff*<br><br>v.<br><br>US Fertility, *et al.*,<br><br>   *Defendant.* | Civil Action No.: 1:21-cv-00579<br><br>Judge Gary S. Feinerman |

### PROPOSED INTERVENORS' MOTION TO INTERVENE AND TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

  The undersigned attorneys represent Alec Vinsant, Marla Vinsant, Jane Doe 1, Lisa Cox, Nikitia Hollingsworth Forest, Doris Matthew, Jane Doe, Paul Porta, Kelly Jacobs, Heidi Schneider, Laura Petersen, Riley Fadness, Tiffany Hitaffer, Karen Logan, Raynard Stuckey, Samantha Stuckey, Britt Decker, Anne Strickland, Cristielly Santana, and Patrisia Vela (collectively, "Proposed Intervenors"), and were named co-lead Interim Class Counsel in the consolidated class action styled as *In re US Fertility, LLC Data Security Litigation*, Master File No. 8:21-cv-299 (D. Md.). Proposed Intervenors hereby move to intervene in this matter pursuant to Federal Rule of Civil Procedure 24(b) and to transfer this matter to the United States District Court for the District of Maryland. In support of their motion, Proposed Intervenors submit the attached memorandum of law.

  Accordingly, Proposed Intervenors respectfully request entry of an Order granting their motion to intervene and transferring this matter to the District of Maryland.

Dated: January 26, 2022                    Respectfully submitted,

/s/ Hassan A Zavareei
Hassan A. Zavareei (Bar No. 456161)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW Suite 1000
Washington, DC 20036
(202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com

John A. Yanchunis (Bar No. 0324681)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 233-5505
jyanchunis@forthepeople.com

Gayle M. Blatt*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
T: (619) 238-1811
F: (619) 544-9232
gmb@cglaw.com

David M. Berger*
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com

*Interim Co-Lead Class Counsel*

**pro hac vice* applications forthcoming