IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jane Doe,

Plaintiff(s),

v.

US Fertility, LLC et al,

Defendant(s).

Case No. 21 C 579
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiffs' claims against Defendant Fertility Centers of Illinois, S.C., are dismissed without prejudice on jurisdictional grounds, without prejudice to Plaintiffs re-filing those claims in state court, subject to any applicable defenses.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman.

Date: 7/25/2022

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk